# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

LaTashia L. Bing

*(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Hampton Inn & Suites Bloomfield Hills Detroit

(Bloomfield Hills Hospitality Investments DBA Hampton Inn & Suites)

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:24−cv−12764
Assigned To : Behm, F. Kay
Referral Judge: Grand, David R.
Assign. Date : 10/17/2024
Description: CMP LaTashia L. Bing v. Hampton Inn & Suites Bloomfield Hills Detroit (JH)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

# Complaint for Employment Discrimination

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | LaTashia L. Bing |
| Street Address | 5956 Robindale Ave |
| City and County | Dearborn Heights |
| State and Zip Code | Michigan, 48127 |
| Telephone Number | 734-724-4041 |
| E-mail Address | lbing@emich.edu |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
For an individual defendant, include the person's job or title (if known).  Attach
additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Hampton Inn & Suites Bloomfield Hills Detroit |
| Job or Title (if known) | (Bloomfield Hills Hospitality Investments) |
| Street Address | 1951 S. Telegraph Road |
| City and County | Bloomfield Hills |
| State and Zip Code | Michigan 48302 |
| Telephone Number | 248-454-5150 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Hampton Inn & Suites Bloomfield Hills Detorit |
| Street Address | 1951 S. Telegraph Road |
| City and County | Bloomfield Hills |
| State and Zip Code | Michigan 48302 |
| Telephone Number | 248-454-5150 |

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Other federal law *(specify the federal law)*:
MCL - Section 400.586j
400.586j Retaliation or discrimination as misdemeanor; unlawful conduct; fine.
Sec. 6j.

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**III.     Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.
☐     Termination of my employment.
☐     Failure to promote me.
☑     Failure to accommodate my disability.
☑     Unequal terms and conditions of my employment.
☑     Retaliation.
☑     Other acts *(specify)*:

racial discrimination

retaliation

disability discrimination

disparate treatment

workplace harassment

hostile work environment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)
Between 04/14/2022 - 05/11/2022, 05/12/2022, 05/13/2022; ongoing

C.     I believe that defendant(s) *(check one)*:

☑     is/are still committing these acts against me.
☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑     race  African American/Black
☐     color
☐     gender/sex
☐     religion
☐     national origin
☐     age. My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☑     disability or perceived disability *(specify disability)*

     Eczema, Lymphedema, Edema and Bilatral legs.

E.   The facts of my case are as follows. Attach additional pages if needed.

Please see typed/attached document.

I faced the following listed below at my place of employment after management changed and I refused to give 2 employment days to another employee. I was also retaliated against for submitting a complaint to Management regarding discriminating behavior, workplace harrassment via phone and camera.

racial discrimination
retaliation
disability discrimination
disparate treatment
workplace harassment
hostile work environment

I was written up by Management for 13-15 violations and taken off the schedule for 4 days 1 day after I sent my conplaint via email to management. My hours were replaced by the words SUS. I was suspended May 15th, 2022-May 18th, 2022 (4 days). The schedules posted were changed and I was only scheduled for 3 days instead of my usual 5 days for the next 2-3 weeks. I was only scheduled for Monday, Tuesday and Wednesday. I am being retaliated against for sending a letter to management and human resources to complain about Firas. I was taken off the schedule, management spread rumors about me sleeping on the job and threatened to take my chair from my desk, so I would have to stand my entire shift. I have never been caught sleeping on the job and I was asked to give 2 of my days to another employee when management changed, but I refused. Management came to me during my night shift while I was training the new employee to see if I was interested in giving Jason 2 of my 5 scheduled days becuase they knew I worked as a teacher and night auditor at another property part-time (2 days).

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

02/20/2023

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

07/19/2024

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

I would like the company to pay for Hilton Management courses in Sales and Revenue Management from Hilton University. I would also like to request a Sales Management Training opportunity to be a Sales Manager or Event Manager at a Hilton Hotel and/or General Manager Training opportunity to become a GM. I would like my night audit shift back at 5 days a week with the approapiate hourly rate. I would like a human resources department to be put in place to assist future employees with employment issues that arise. I would like the court, judge and any other free legal councel to assist me with a fair monetary settlement. I would like the court to assist me with court appointed counsel to defend my case.

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/17/2024 _____ , 20_24_ .

Signature of Plaintiff        _LaTashia L. Bing_

Printed Name of Plaintiff    LaTashia L. Bing

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**Additional Information:**

I (Ms. Bing/ Plaintiff) was hired as Night Auditor/ Front desk and has been working in hotels for 17-18 years. Ms. Bing has studied Hospitality, Hotel and Restaurant Management at Eastern Michigan University, Disney University and Washtenaw Community College. I was hired to work for Elite Hospitality Group as Front Desk Night Auditor for a new hotel opening at 1951 S. Telegraph Road, Bloomfield Hills, MI 48302. I was hired to work a full-time weekly schedule Sunday-Thursday.

I trained at a sister property for months before the hotel opened and I worked at another property for the same management company on the 2 days I was off as full-time night auditor. I worked night audit 7 days a week with no issues and/or complaints regarding performance.

New owners/management took over sometime around March 2022 because on Friday, March 11th, 2022 we received a text to bring in deposit paperwork, ID and social security cards to complete new documents.

April 4th, 2022 Incoming text from Firas to call him regarding questions he wanted to ask me, upon calling him back he wanted to ask me if I wanted to give 1-2 days to Jason Yonan
April 6th, 2022 I was sent Jason Yonan contact information via text
April 11th, 2022 Incoming text stating he understands that I work 7 days a week, but we need to work as a team to get things done. He stated that I am aware that the hotel is short staffed in the housekeeping department and wanted to know why I didn't fold towels that was left for the front desk. He said that bins of towels were left for all the front desk and he wondered why I didn't fold any towels.
April 22nd, 2022 Incoming text to call him to go over a few things
April 23rd, 2022 Incoming text to call him when I wake up
April 26th, 2022 Incoming text to fold towels because housekeeping is short staffed. He sent a text asking me to fold 2 bins of towels.

I replied back to him that I hadn't seen his text until 5:21 am
April 26th, 2022 I asked him why I was being asked to do laundry during 3rd shift when housekeeping is scheduled here daily at the hotel. I am not in the housekeeping department and I told him that I am not physically able to do laundry and will consult with my doctor if I should be doing laundry due to medical conditions. I was told he would need a notice from my doctor.
April 27th, 2022 I told Firas that I will consult with my doctor and I asked to not be asked/requested to do laundry.
April 27th, 2022 Firas asked for doctors note ASAP regarding my request to not fold laundry. Sent another text asking me to clean the front desk and vacuum back office.
May 11th, 2023 On 05/11/2022 upon arriving to my schedule 11pm-7am shift; chips, keys, key sleeves and waters were not fully stocked upon beginning my shift.

May 12th, 2023 Sent letter to management regarding harassment from Firas via email.

10/17/2024

The facts of my case are as follows. Attach additional pages if needed.

## I. BACKGROUND

I (Ms. Bing/ Plaintiff) was hired as Night Auditor/ Front desk and has been

working in hotels for 17-18 years. Ms. Bing has studied Hospitality, Hotel and

Restaurant Management at Eastern Michigan University, Disney University and

Washtenaw Community College. I was hired to work for Elite Hospitality Group

as Front Desk Night Auditor for a new hotel opening at 1951 S. Telegraph Road,

Bloomfield Hills, MI 48302. I was hired to work a full-time weekly schedule

Sunday-Thursday.

I trained at a sister property for months before the hotel opened and I worked

at another property for the same management company on the 2 days I was off as

full-time night auditor. I worked night audit 7 days a week with no issues and/or

complaints regarding performance. New owners/management took over sometime

around March 2022 because on Friday, March 11th, 2022 we received a text to

bring in deposit paperwork, ID and social security cards to complete new

documents.

| April 4th, 2022 | Incoming text from Firas to call him regarding questions he wanted to ask me, upon calling him back he wanted to ask me if I wanted to give 1-2 days to Jason Yonan |
| --- | --- |

| | |
|---|---|
| April 6th, 2022 | I was sent Jason Yonan contact information via text |
| April 11th, 2022 | Incoming text stating he understands that I work 7 days a week, but we need to work as a team to get things done. He stated that I am aware that the hotel is short staffed in the housekeeping department and wanted to know why I didn't fold towels that were left for the front desk. He said that bins of towels were left for all the front desk and he wondered why I didn't fold any towels. |
| April 22nd, 2022 | Incoming text to call him to go over a few things |
| April 23rd, 2022 | Incoming text to call him when I wake up |
| April 26th, 2022 | Incoming text to fold towels because housekeeping is short staffed. He sent a text asking me to fold 2 bins of towels. I replied back to him that I hadn't seen his text until 5:21 am |
| April 26th, 2022 | I asked him why I was being asked to do laundry during 3rd shift when housekeeping is scheduled here daily at the hotel. I am not in the housekeeping department and I told him that I am not physically able to do laundry and will consult with my doctor if I should be doing laundry due to medical conditions. I was told he would need a notice from my doctor. |
| April 27th, 2022 | I told Firas that I will consult with my doctor and I asked to not be asked/requested to do laundry. |

| April 27th, 2022 | Firas asked for doctors note ASAP regarding my request to not fold laundry. Sent another text asking me to clean the front desk and vacuum back office. |
|---|---|
| May 11th, 2023 | On 05/11/2022 upon arriving to my schedule 11pm-7am shift; chips, keys, key sleeves and waters were not fully stocked upon beginning my shift. |
| May 12th, 2023 | Sent letter to management regarding harassment from Firas via email. |
| May 13th, 2022 | I was written up by Management for 13-15 violations and taken off the schedule for 4 days. My hours were replaced by the words SUS. I was suspended May 15th, 2022-May 18th, 2022 (4 days). The schedules posted were changed and I was only scheduled for 3 days instead of my usual 5 days for the next 2-3 weeks. I was only scheduled for Monday, Tuesday and Wednesday. I am being retaliated against for sending a letter to management and human resources to complain about Firas. I was asked why I didn't stock keys, chips and water. I informed Firas that a order had not come yet and these items were not stocked when I arrived. Cameron and Shannon both worked before me and they did not stock anything either because I left everything just the way it was upon arriving. I was told they were busy and that's why they didn't stock the items. I was written up, but 2 other employees who are white weren't written up for not stocking and/or suspended for 4 days like I was. During the meeting I was told that my chair would be removed from the desk |

and I would be required to stand during my shift. This violates my reasonable accommodation requested due to medical condition. I have a very serious skin condition and must avoid different chemicals and detergents, my reasonable request to avoid touching sheets and towels used by different guest and washed with unknown detergents was denied.

I was also told it was my duty to do housekeeping and if I refused, I would be written up again.

## Hampton Inn & Suites Bloomfield Schedule

| | Monday 16-May | Tuesday 17-May | Wednesday 18-May | Thursday 19-May | Friday 20-May | Saturday 21-May | Sunday 22-May | Monday 23-May | Tuesday 24-May | Wednesday 25-May | Thursday 26-May | Friday 27-May | Saturday 28-May | Sun 29-M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Rooms** | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TB |
| **General Manager** | | | | | | | | | | | | | | |
| Fires | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 10:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 10:00AM | O |
| | | | | | | | | | | | | | | |
| **Sales Manager** | | | | | | | | | | | | | | |
| Rebecca | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | O |
| | | | | | | | | | | | | | | |
| **Front Desk** | | | | | | | | | | | | | | |
| Cameron | 3P-11P | 3P-11P | 3P-11P | 3P-11P | 3P-11P | OFF | OFF | R/O | OFF | OFF | 3P-11P | 3P-11P | 3P-11P | 3P- |
| Saman | Admin | OFF | OFF | 7A-3P | 7A-3P | 7A-3P | 7A-3P | Admin | 7A-3P | 7A-3P | 7A-3P | 7A-3P | OFF | O |
| Shannon | 7A-3P | 7A-3P | 7A-3P | OFF | OFF | 3P-11P | 3P-11P | 3P-11P | 3P-11P | 3P-11P | OFF | OFF | 7A-3P | 7A- |
| Jason | 11P-7A | 11P-7A | 11P-7A | 11p-7A | 11P-7A | 11P-7A | OFF | 7A-3P | OFF | OFF | 11P-7A | 11P-7A | 11P-7A | 11P |
| Latashia | SUS | SUS | SUS | (41 3N) | OFF | OFF | 11P-7A | 11P-7A | 11P-7A | 11P-7A | OFF | OFF | OFF | O |
| | | | | | | | | | | | | | | |
| **Hsk Exec** | | | | | | | | | | | | | | |
| Shalata | 9:00AM | 9:00AM | 9:00AM | 9:00AM | R/O | R/O | R/O | R/O | R/O | R/O | R/O | | | |
| | | | | | | | | | | | | | | |
| **Housekeeping** | | | | | | | | | | | | | | |
| Mrs. Brown | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00 |
| Alila | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00 |
| Elena | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00 |
| | | | | | | | | | | | | | | |
| **Laundry** | | | | | | | | | | | | | | |
| Rumil | 9:00AM | 9:00AM | OFF | 9:00AM H/L | 9:00AM | 9:00AM H/L | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM H/L | 9:00AM | 9:00AM H/L | 9:00 |
| | | | | | | | | | | | | | | |
| **Breakfast** | | | | | | | | | | | | | | |
| Denise | 5:30A | 5:30A | 5:30A | 5:30 A | 5:30A | OFF | OFF | 5:30A | 5:30A | 5:30A | 5:30A | 5:30A-9:00A | OFF | OF |
| Na'Shell | | | | | | | | | | | | | 5:30A | 5:30 |
| Deedee | | | | | | 5:30A | 5:30A | | | | | | | |
| | | | | | | | | | | | | | | |
| **Maintenance** | | | | | | | | | | | | | | |
| Mohammed | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00AM | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00 |
| | | | | | | | | | | | | | | |
| **Houseman** | | | | | | | | | | | | | | |
| Adam | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | OFF | 9:00 |
| Rumil | | | | | | | | | | | | | | |

| Schedule is subject to change |
|---|

M - Manager on duty
S - HSK Supervisor
L - Laundry
B - Breakfast
H - Houseperson
T - Training
Notes:



Synergy Medical

May 20, 2022

To whom it may concern,

Latashia Bing has been a long term patient of our practice. Due to her Bilateral leg cond
She must sit while working. Latashia also has a severe skin issue that causes her to be
higher risk for chemical reactions. Therefore she must refrain from chemicals while work
including detergents.

If you have any questions, please contact my office at 734-427-3500,

Sincerely,

Sarah Lucero, PA

Synergy Medical PC

## Employee Contact – Hampton Bloomfield

| | | |
|---|---|---|
| Firas Bakoss | General Manager | (586) 604-4█ |
| Saman Mansoor | Front Office Manager | (586) 277-7█ |
| ███████████ | ██████████████ | ███████ |
| Cameron Orlando | Front Desk | (586) 365-8█ |
| Shannon M | Front Desk | (248) 856-5█ |
| Jason Younan | Front Desk | (602) 816-7█ |
| Latashia Bing | Night Auditor | (734) 678-0█ |
| Juana Brown | Housekeeping | (248) 618-9█ |
| █████████ | ██████████ | ███████ |
| ████████ | ████████ | ███████ |
| Denise Ricks | Breakfast Attendant | (313) 903-0█ |
| Ne'Shell Ricks | Breakfast Attendant | (313) 408-9█ |
| Deedee Green | Breakfast Attendant | (248) 993-8█ |
| Adam (Parker) | Houseperson | (248) 694-1█ |
| Mohammad | Maintenance Engineer | (586) 222-6█ |

## Hampton Inn & Suites Bloomfield Schedule

| | Monday 2-May | Tuesday 3-May | Wednesday 4-May | Thursday 5-May | Friday 6-May | Saturday 7-May | Sunday 8-May | Monday 9-May | Tuesday 10-May | Wednesday 11-May | Thursday 12-May | Friday 13-May | Saturday 14-May | Sunday 15-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Rooms** | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **General Manager** Firas | 9.00AM | 9.00AM | 9.00AM | 9.00AM | 9.00AM | 10:00AM | OFF | 9.00AM | 9:00AM | 9.00AM | 9:00AM | 9:00AM | 10:00AM | OFF |
| **Sales Manager** Rebecca | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF |
| **Front Desk** Cameron | 6P-11P | 3P-11P | 12P-11P | 3P-11P | OFF | OFF | 3P-11P | 3P-11P | 3P-11P | 3P-11P | OFF | OFF | 3P-11P | 3P-11P |
| Seman | 7A-6P | 7A-3P | 7A-12P | R/O | R/O | R/O | R/O | R/O | R/O | R/O | 7A-3P | 7A-3P | 7A-3P | 7A-3P |
| Shannon | OFF | OFF | OFF | 7A-3P | 7A-7P | 7A-7P | 7A-3P | OFF | 7A-3P | 7A-3P | 3P-11P | 3P-11P | OFF | OFF |
| Jason | OFF | OFF | OFF | OFF | 7P-7A | 7P-7A | OFF | 7A-3P | OFF | OFF | OFF | 11P-7A | 11P-7A | OFF |
| Latashia | 11P-7A | 11P-7A | 11P-7A | 11P-7A | OFF | OFF | 11P-7A | 11P-7A | 11P-7A | 11P-7A | 11P-7A | OFF | OFF | 11P-7A |
| **Hsk Exec** Shaleta | 9.00AM | OFF | 9.00AM | 9:00AM | 9:00AM | OFF | 10:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | OFF | 10:00AM |
| **Housekeeping** Mrs. Brown | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM |
| Allia | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM |
| Elena | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM |
| **Laundry** Rumil | 9:00AM | 9:00AM | 9:00AM | 9:00AM H/L | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM H/L | OFF | 9:00AM | 9:00AM |
| **Breakfast** Denise | 5:30A | 5:30A | 5:30A | 5:30A | 5:30A | OFF | OFF | 5:30A | 5:30A | 5:30A | 5:30A | 5:30A | OFF | OFF |
| Ne'Shell | | | | | | | | | | | | | 5.30A | 5:30A |
| Deedee | | | | | | 5:30A | 5:30A | | | | | | | |
| **Maintenance** Mohammed | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00AM | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00AM |
| **Houseman** Adam | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 9:00AM |
| Rumil | | | | 9:00AM | | | | | | | 9:00AM | | | |

Schedule is subject to change

M - Manager on duty
S - HSK Supervisor
L - Laundry
B - Breakfast
H - Houseperson
T - Training
Notes.

## Hampton Inn & Suites Bloomfield Schedule

| | Monday 2-May | Tuesday 3-May | Wednesday 4-May | Thursday 5-May | Friday 6-May | Saturday 7-May | Sunday 8-May | Monday 9-May | Tuesday 10-May | Wednesday 11-May | Thursday 12-May | Friday 13-May | Saturday 14-May | Sunday 15-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Rooms** | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **General Manager** | | | | | | | | | | | | | | |
| Flma | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 10:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 10:00AM | OFF |
| **Sales Manager** | | | | | | | | | | | | | | |
| Rebecca | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF |
| **Front Desk** | | | | | | | | | | | | | | |
| Cameron | 8P-11P | 3P-11P | 12P-11P | 3P-11P | OFF | OFF | 3P-11P | 3P-11P | 3P-11P | 3P-11P | OFF | OFF | 3P-11P | 3P-11P |
| Seman | 7A-8P | 7A-3P | 7A-12P | R/O | R/O | R/O | R/O | R/O | R/O | R/O | 7A-3P | 7A-3P | 7A-3P | 7A-3P |
| Shannon | OFF | OFF | OFF | 7A-3P | 7A-7P | 7A-7P | 7A-3P | OFF | 7A-3P | 7A-3P | 3P-11P | 3P-11P | OFF | OFF |
| Jason | OFF | OFF | OFF | OFF | 7P-7A | 7P-7A | OFF | 7A-3P | OFF | OFF | OFF | OFF | OFF | OFF |
| Latashia | 11P-7A | 11P-7A | 11P-7A | 11P-7A | OFF | OFF | 11P-7A | 11P-7A | 11P-7A | 11P-7A | 11P-7A | 11P-7A | OFF | 11P-7A |
| **Hsk Exec** | | | | | | | | | | | | | | |
| Shaleta | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | OFF | 10:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | OFF | 10:00AM |
| **Housekeeping** | | | | | | | | | | | | | | |
| Mrs. Brown | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM |
| Alisa | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM |
| Elena | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM |
| **Laundry** | | | | | | | | | | | | | | |
| Rumil | 9:00AM | 9:00AM | 9:00AM | 9:00AM H/L | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM H/L | OFF | 9:00AM | 9:00AM |
| **Breakfast** | | | | | | | | | | | | | | |
| Denise | 5:30A | 5:30A | 5:30A | 5:30A | 5:30A | OFF | OFF | 5:30A | 5:30A | 5:30A | 5:30A | 5:30A | OFF | OFF |
| Ne'Shell | | | | | | | | | | | | | 5:30A | 5:30A |
| Deedee | | | | | | 5:30A | 5:30A | | | | | | | |
| **Maintenance** | | | | | | | | | | | | | | |
| Mohammed | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00AM | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00AM |
| **Houseman** | | | | | | | | | | | | | | |
| Adam | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 9:00AM |
| Rumil | | | | 9:00AM | | | | | | | 9:00AM | | | |

Schedule is subject to change

M - Manager on duty
S - HSK Supervisor
L - Laundry
B - Breakfast
H - Houseperson
T - Training
Notes:

## Hampton Inn & Suites Bloomfield Schedule

| | Monday 16-May | Tuesday 17-May | Wednesday 18-May | Thursday 19-May | Friday 20-May | Saturday 21-May | Sunday 22-May | Monday 23-May | Tuesday 24-May | Wednesday 25-May | Thursday 26-May | Friday 27-May | Saturday 28-May | Sunday 29-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Rooms | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **General Manager** | | | | | | | | | | | | | | |
| Firas | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 10:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 10:00AM | OFF |
| **Sales Manager** | | | | | | | | | | | | | | |
| Rebecca | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | OFF | OFF |
| **Front Desk** | | | | | | | | | | | | | | |
| Cameron | 3P-11P | 3P-11P | OFF | 3P-11P | 3P-11P | OFF | OFF | R/O | OFF | OFF | 3P-11P | 3P-11P | 3P-11P | 3P-11P |
| Saman | Admin | OFF | 3 امير II | 7A-3P | 7A-3P | 7A-3P | 7A-3P | Admin | 7A-3P | 7A-3P | 7A-3P | 7A-3P | OFF | OFF |
| Shannon | 7A-3P | 7A-3P | 7A-3P | OFF | OFF | 3P-11P | 3P-11P | 3P-11P | 3P-11P | 3P-11P | OFF | OFF | 7A-3P | 7A-3P |
| Jason | 11P-7A | 11P-7A | 11P-7A | 11p-7A | 11P-7A | OFF | 11P-7A | 7A-3P | OFF | OFF | 11P-7A | 11P-7A | 11P-7A | 11P-7A |
| Latashia | SUS | SUS | SUS | ها تاس | OFF | OFF | 11P-7A | 11P-7A | 11P-7A | 11P-7A | OFF | OFF | OFF | OFF |
| **Hsk Exec** | | | | | | | | | | | | | | |
| Shalata | 9:00AM | 9:00AM | 9:00AM | 9:00AM | R/O | R/O | R/O | R/O | R/O | R/O | R/O | | | |
| **Housekeeping** | | | | | | | | | | | | | | |
| Mrs. Brown | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | OFF | 9:00AM | 10:00AM |
| Allia | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM |
| Elena | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM | 9:00AM |
| **Laundry** | | | | | | | | | | | | | | |
| Rumil | 9:00AM | 9:00AM | OFF | 9:00AM H/L | 9:00AM | 9:00AM H/L | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM H/L | 9:00AM | 9:00AM H/L | 9:00AM |
| **Breakfast** | | | | | | | | | | | | | | |
| Denise | 5:30A | 5:30A | 5:30A | 5:30-A | 5:30A | OFF | OFF | 5:30A | 5:30A | 5:30A | 5:30A | 5:30A-9:00A | OFF | OFF |
| He'Shell | | | | | | | | | | | | | 5:30A | 5:30A |
| Deadee | | | | | | 5:30A | 5:30A | | | | | | | |
| **Maintenance** | | | | | | | | | | | | | | |
| Mohammed | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 9:00AM | 8:00AM | OFF | 8:00AM | OFF | 8:00AM | 8:00AM | 8:00AM |
| **Houseman** | | | | | | | | | | | | | | |
| Adem Rumil | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | OFF | 9:00AM | 9:00AM | 9:00AM | 9:00AM | OFF | 9:00AM | OFF | 9:00AM |

Schedule is subject to change

M - Manager on duty
S - HSK Supervisor
L - Laundry
B - Breakfast
H - Houseperson
T - Training
Notes:


Synergy Medical

May 20, 2022

To whom it may concern,

Latashia Bing has been a long term patient of our practice. Due to her Bilateral leg condition, She must sit while working. Latashia also has a severe skin issue that causes her to be at a higher risk for chemical reactions. Therefore she must refrain from chemicals while working, including detergents.

If you have any questions, please contact my office at 734-427-3500,

Sincerely,

Sarah Lucero, PA

Synergy Medical PC

## Employee Contact – Hampton Bloomfield

| | | |
|---|---|---|
| Firas Bakoss | General Manager | (586) 604-4342 |
| Saman Mansoor | Front Office Manager | (586) 277-7166 |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ |
| Cameron Orlando | Front Desk | (586) 365-8197 |
| Shannon M | Front Desk | (248) 856-5881 |
| Jason Younan | Front Desk | (602) 816-7874 |
| Latashia Bing | Night Auditor | (734) 678-0847 |
| Juana Brown | Housekeeping | (248) 618-9226 |
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ | |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ |
| Denise Ricks | Breakfast Attendant | (313) 903-0310 |
| Ne'Shell Ricks | Breakfast Attendant | (313) 408-9210 |
| Deedee Green | Breakfast Attendant | (248) 993-8091 |
| Adam (Parker) | Houseperson | (248) 694-1827 |
| Mohammad | Maintenance Engineer | (586) 222-6459 |

Hampton Inn & Suites Bloomfield Hills
1951 S. Telegraph Road, Bloomfield Hills, MI 48302
Faris Bakoss, Samon Mansoor, Regional Manager & Human Resources


05/12/2022

   I am writing this letter to raise the issue that I am clearly being singled out and discriminated against at work by the new general manager Firas Bakoss. I am being harassed and the new general manager is trying to find a reason to terminate my employment to hire Chaldean Employees he is recruiting off a Chaldean community board on Facebook. I have worked with this hotel since the hotel opened in November 2021 and I never had to fold any towels, laundry, and/or bedding. I have been working in hotels for 14 years and I have been working as a night auditor for 6-7 years. I am the only black woman at the front desk and I feel that I am being discriminated against by Firas Bakoss to terminate my employment to bring in employees within the Chaldean Community. I work independently on my own 11pm-7am and 5 days a week at Hampton during the night audit shift and 11pm-7am 2 days a week at another hotel working night audit and I have never had a problem, so I am not sure why there is a problem now with everything I do during my shift. I am being sent screen shots of me working with questions regarding my every move. I am being accused of sleeping during my shift when I am not sleeping and I am being asked to give up 1 of my days to give to another employee. I am writing this letter/email to inform you that this is racial discrimination target me regarding folding towels, and I am the only employee that was sent text messages about stocking the chips, water, keys and key sleeves. You did not share the text messages with the other 4 front desk associates. Upon arrival and during my shift on 5/11/2022 I arrived to work with nothing being stocked, so I am not sure why I am the only employee to receive the message and I am wondering why you didn't send the message via group message like you did regarding cleaning?

*Once again this letter is being sent to notify management about my feelings of being racially discriminated against and I am going to report this claim to the EEOC and/or Michigan Department of Civil Rights to further investigate my claims. I feel that I am being treated differently than your other employees and I am wondering if you send other employees still shots of them from the camera. Why am I the only employee being scrutinized for not stocking when no one else stocked anything?

I am stating my reasoning's below:

| Thursday, April 7th, 2022 | Asked to fold 2 bins of laundry, towels, and sheets by another employee and I declined. She asked if I could help her do laundry and I replied no. | |
|---|---|---|
| Friday, April 8th, 2022 | Text sent from Firas asking why I didn't fold towels. Laundry | |

| | | |
|---|---|---|
| | Supervisor left 2 bins of laundry/towels to fold. | |
| Friday, April 22, 2022 | Text to call him to go over a few things. | |
| Saturday, April 23rd, 2022 | Accused me of sleeping on the job, accusation denied. Informed General Manager that I am not in view of camera during my shift when I am at the desk. Asked me if I wanted to give more days to Jason (employee he found off Facebook job board/group for Chaldeans) | |
| Monday, April 25th, 2022 | Camera relocated to see the back office and desk/computer I use during my shift. | |
| Tuesday, April 26th, 2022 | Text message sent to fold bedding and towels because hotel is short staffed. | |
| Wednesday, April 27th, 2022 | Text messages sent to why I didn't fold bedding and towels.<br><br>Asked If I can clean the front office and vacuum the back office. | |
| Thursday, May 12, 2022 | Text messages sent directly to me only regarding stocking and questioning my reasoning for having my right shoe off.<br><br>Harassing me via text message regarding stocking water, chips and making Hilton Honor bags.<br><br>Camera Images sent via text regarding a cabinet door being open during my shift.<br><br>Harassing text messages asking for a doctor's note regarding why I can't fold laundry/towels during my shift. | |

LaTashia L. Bing,

lbing@emich.edu

734-678-0847

This document is in response to the Employee Reprimand Sheet given to me on 05/13/2022
LaTashia L. Bing
05/17/2022

| Violation Dates According to Employer | Description Of Violation | Reprimand and/or verbal warning? | |
|---|---|---|---|
| 12/22/2021 | Guest salt complaint | 5/13/2022 (Invalid, Elite Hospitality) | Please read salt comment |
| 04/21/2022 | Guest salt complaint | 5/13/2022 – Only Valid complaint with Bloomfield Hills Hospitality Investment DBA Hampton Inn & Suites | Please read salt comment |
| | | | |
| 04/12/2022 | Sleeping | 5/13/2022 | Allegedly |
| 04/18/2022 | Sleeping | 5/13/2022 | Allegedly |
| 04/21/2022 | Sleeping | 5/13/2022 | Allegedly |
| 04/25/2022 | Sleeping | 5/13/2022 | Allegedly |
| 05/02/2022 | Sleeping | 5/13/2022 | Allegedly |
| 05/11/2022 | Sleeping | 5/13/2022 | Allegedly |
| 05/12/2022 | Sleeping | 5/13/2022 | Allegedly |
| 04/13/2022 | Mandatory Front Desk Meeting | 5/13/2022 | I was informed by Front Desk Manager that he had informed Firas that I would not be able to attend front desk meeting because of my other job. I teach Monday- Friday 8:05am-4:30pm. I informed Front Desk Manager that I would not be able to attend front desk meeting. I spoke with him verbally face to face. |
| 04/19/2022 | Allegedly walking barefoot | 5/13/2022 | Camera/picture shows that I am walking on the back of my shoes, but I do have on shoes. I can |

This document is in response to the Employee Reprimand Sheet given to me on 05/13/2022

LaTashia L. Bing

05/17/2022

| | | | remember 1 time I ran to the front desk from the back office and one of my shoes fell off. The back office and my feet are not visible when I am at the front desk assisting guest |
|---|---|---|---|
| 05/12/2022 | Allegedly walking barefoot | 5/13/2022 | Please see response above. |
| | Never Restock the front desk, vacuum or mop. | 5/13/2022 | Not true, management has falsified documents to terminate employment and retaliate against me because of the letter I sent 05/12/2022 to General Manager. New general manager has violated employee handbook by falsifying documents and making up claims to terminate employment and create a hostile work environment. Current general manager is trying to embarrass me by suspending me for 1 week and displaying my suspension on the current schedule. |
| Called me on the hotel phone (05/11/2021) during my shift sometime between 11:30pm-11:50pm and asked me to close cabinet door. | Cabinet door left open during shift | 5/13/2022 | General Manger called me during my shift to close the cabinet door where I sit to do my accounting work so he could see me. This call made me uncomfortable and I moved my seat for half of the night until it was time to run night audit. |
| I don't have any specific days he is speaking about, I have group | Never communicated with me reading any front desk matters. | 5/13/2022 | This is not true. |

This document is in response to the Employee Reprimand Sheet given to me on 05/13/2022

LaTashia L. Bing

05/17/2022

messages showing that I am responding to text messages and reading text messages, I am not always able to respond immediately after receiving a text.

10/17/24, 1:20 PM           Eastern Michigan University Mail - Confirmation of Charge Receipt



**LaTashia Bing <lbing@emich.edu>**

## Confirmation of Charge Receipt
1 message

**EEOC** <no-reply@service.eeoc.gov>          Mon, Feb 20, 2023 at 5:33 AM
To: "LaTashia L. Bing" <lbing@emich.edu>



**U.S. Equal Employment Opportunity Commission**

Re: EEOC Charge Number: 471-2022-04242
Charging Party: LaTashia L Bing
Respondent: Hampton Inn & Suites Bloomfield Hills Detroit

This notice is being sent to you because you recently filed a charge 471-2022-04242 with the U.S. Equal Employment Opportunity Commission (EEOC). EEOC is pleased to inform you that you can now access information about your charge through a secure website, the **EEOC Public Portal.**
EEOC's Public Portal allows you to:
• Update your contact info
• Upload a letter of representation from your attorney if you have one
• Upload documents supporting your charge
• Request the respondent's Position Statement if it submits one, and upload your response
• Check the status of your charge
To access your charge information online:
1. Go to EEOC Public Portal
2. Click **Register** in the upper-right corner of the screen.
> Enter your contact information and create a password.
> When you create your account, you'll automatically log into the Portal.
3. Once you're logged-in, you'll be taken directly to your charge.

**IMPORTANT!** When entering your contact information, enter the Email Address that this notice was sent to. Only you and the EEOC can access your charge information. If you have an attorney or other representative assisting you with your charge, your representative received a copy of this email. Only one of you may create an account for this charge. If you create an account, you will need to provide your log-in information to your attorney or representative to allow them to access your online charge information.

**What You Should Do Next:**
There are a few important things to keep in mind after filing a charge with EEOC, particularly:
☐ You must keep your documents – both paper and electronic
☐ Look for a job and keep records of your job search if you are unemployed

Given the high demand for EEOC's services and the agency's limited resources, we ask you to be patient. EEOC's investigation will vary based on many factors, including the agency's responsibility to focus on matters that serve the broader public interest in equal opportunity. EEOC is committed to strong enforcement of the law and excellent service to the public. Your cooperation is essential to EEOC's investigation of your charge.

EEOC typically receives about 90,000 charges of discrimination from workers out of more than 700,000 contacts seeking information and assistance every year. Although EEOC is able to address thousands of complaints, the agency cannot remedy every potential violation of the federal discrimination laws. Recognizing this, Congress gave workers the right to file lawsuits in court after first allowing EEOC the opportunity to investigate their charge.

If you want to file a lawsuit before the EEOC has finished our investigation, you can request a Notice of Right-to-Sue. Go to https://www.eeoc.gov/employees/lawsuit.cfm for more information. If you want the EEOC to continue investigating your charge, don't request a Notice of Right-to-Sue.

10/17/24, 1:19 PM                    Eastern Michigan University Mail - Charge 471-2022-04242 Eligible for Mediation


**EASTERN**
MICHIGAN UNIVERSITY

**LaTashia Bing <lbing@emich.edu>**

## Charge 471-2022-04242 Eligible for Mediation
1 message

**EEOC** <no-reply@service.eeoc.gov>                                    Mon, May 22, 2023 at 5:36 PM
To: "LaTashia L. Bing" <lbing@emich.edu>



**U.S. Equal Employment Opportunity Commission**

Your Charge has been identified as appropriate for early mediation. Please visit the EEOC Public Portal to retrieve your Charge and learn more about this exciting opportunity to resolve your Charge more efficiently through the EEOC's highly regarded and very successful national Mediation Program.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 471-2022-04242. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (313) 378-2470 and destroy all copies of the original message and attachments.*



**EASTERN**
MICHIGAN UNIVERSITY

**LaTashia Bing <lbing@emich.edu>**

---

## Bing v Hampton Inn & Suites
1 message

**TINA GRIFFIN** <TINA.GRIFFIN@eeoc.gov>             Mon, Mar 18, 2024 at 2:59 PM
To: "lbing@emich.edu" <lbing@emich.edu>

Hello Ms. Bing,

I've reached out to today and a voicemail was left for you.  The employer is interested in attempting a settlement resolution and I would like to know whether you are interested.  Please provide a response by 12:00 noon tomorrow.  If you are interested, I will schedule a day and time for the conference.  Prior to the conference, you are asked to provide your demand for settlement.

If you have questions, or concerns, please give me a call at (313) 774-0051 or contact me by email.

Thank you.

Tina Griffin

*Tina Griffin*

EEOC Federal Investigator

(313) 774-0051

If you have a pending Charge of Employment Discrimination, I recommend that you use the Charging Party or the Respondent Portal to receive updates on key events related to the charge.

If you are an Attorney representing someone who wants to file a Charge of Employment Discrimination, the agency has set up this email account – EEOC-Signed-Charges-Detroit@eeoc.gov where you can send signed charges. Do not send signed charges to us through the US Postal Service or by overnight delivery.



PLUNKETT ❧ COONEY

April 15, 2024

***VIA ELECTRONIC MAIL***
Ms. Tina Griffin
U.S. Equal Employment Opportunity Commission
Detroit Field Office
Tina.griffin@eeoc.gov

   Re: *LaTashia L. Bing v. Hampton Inn & Suites Bloomfield Hills Detroit*
      EEOC Charge No. 471-2022-04242

Dear Ms. Griffin,

   Please allow this letter to serve as Hampton Inn & Suites Bloomfield Hills Detroit (also referred to as "the Company") Position Statement in response to LaTashia L. Bing's Charge of Discrimination.[1]

   This is a straightforward matter. Ms. Bing claims that the Company discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 964 ("Title VII"). More specifically, she claims that she was subjected to harassment in the Spring, 2022, after she refused to give a day or two from her schedule to a Chaldean employee. She claims that after she reported alleged discrimination, she was subject to discipline and her schedule was reduced.

   In actuality, Ms. Bing was a short-term employee with the Company who seemingly quit her job after she was disciplined for a string of various and significant performance problems. The Company hired Ms. Bing to work the overnight shift (Night Audit) in August 2021. Ms. Bing knew that discipline was imminent when she raised baseless allegations of discrimination and, upon information and belief, knew that she had been caught red-handed sleeping in the back office and was the subject of poor guest reviews. When that

---

[1] In providing this Position Statement, the Company specifically reserves and does not waive any substantive or procedural defenses. The information in this Position Statement depends on the facts as the Company now understands them; the Company reserves the right to amend this Position Statement if it discovers additional relevant information. This statement does not purport to be an exhaustive list of the Company's defenses to Claimant's allegations. The Company reserves the right to elaborate on or add to its position, whether later in the investigation or in any later litigation. Although the Company believes this Position Statement to be true and correct in every respect, it is not an affidavit, and the Company does not mean for anyone to use it as evidence in any proceeding. The Company submits this Position Statement, including the exhibits, in confidence for agency investigation purposes only.

ATTORNEYS & COUNSELORS AT LAW

38505 Woodward Ave., Suite 100 • Bloomfield Hills, MI 48304 • T: (248) 901-4000 • F: (248) 901-4040 • plunkettcooney.com

*April 15, 2024*
*Page 2*

discipline was accordingly delivered (wholly unrelated to her allegations of discrimination), she refused to sign and ultimately abandoned her job with the Company.

More specifically, Ms. Bing was caught sleeping in the back office on April 12, April 18, April 21, April 25, May 2, May 11 and May 12, 2022. May 12th was the proverbial "final straw". Thus, the Company put together a detailed Employee Reprimand Sheet, detailing the dates that Ms. Bing was caught sleeping, as well as confirming other performance problems, such that: (1) she did not attend the first front desk mandatory meeting; (2) she was caught walking barefoot to the front desk from the back office to assist guests on April 19 and May 12, 2022; (3) she seemingly intentionally left a cabinet door open to block the camera from viewing her while she was in the back office (i.e. trying to cover up her sleeping on the job); and (4) she refused to restock the front desk or assist "as needed "with other duties such as vacuuming or mopping. (**Ex. 1,** Reprimand Sheet). Additionally, the Company received various negative reviews from guests regarding Ms. Bing, including one guest noting: "I'm not even sure how she landed in hospitality business... disrespectful, unprofessional... and un-accommodative...". (**Ex. 2,** Guest Reviews). Another guest noted on April 25 that when they checked in at midnight the "female desk clerk [was] not as friendly as I'd expect". *Id.*

Ms. Bing refused to sign that Employee Reprimand Sheet (*See* **Exhibit 1**) and refused to comply with the Company's reasonable and legitimate directives. She was not treated differently than similarly-situated employees outside her protected class; the Company is not aware of any employee that was similarly-situated to Ms. Bing or that engaged in conduct comparable to her: i.e., outright refusing to provide assistance for Hotel tasks, sleeping on the job, and engaging in conduct that led customers to believe she was rude and/or disrespectful. This is a simple, straightforward matter and the Company respectfully requests that the Commission dismiss Ms. Bing's meritless Charge of Discrimination.

Very truly yours,

*Courtney L. Nichols*

Courtney L. Nichols
PLUNKETT COONEY
cnichols@plunkettcooney.com
(248) 594-6360

CLN/ga
Attachments
Open.00590.40622.33198181-1

# Exhibit 1

## *Employee Reprimand Sheet*

Employee Name:   Latashia Bing

Reprimand _____                     Property Name: Hampton Inn & Suites

Suspension __X___                     Date of Hire:  Aug/2021

Termination_____              Supervisor's Name: Firas Bakoss

---

**Date of Incident:**

**Violation**: Latashia Bing was caught sleeping in the back office numerous of time (04/12, 04/18, 04/21, 04/25, 05/02, 05/11 ,05/12). Other violations include not attending the first front desk mandatory meeting, walking barefoot to the front desk to assist guests on both April 19th and May 12th.
Also, was warned at least once about not blocking the camera by swinging the cabinet door and leaving it opened. Latashia continued to ignore following my directions and left the cabinet door opened all night (several occasion).
Never restock the front desk or vacuum or mop. (left the chips and keys station completed empty)
Never communicated with me reading any front desk matters

 **Disciplinary Action**:  all Latashia behavers is violating the company policy
By not following instruction and refused to do her duty as front desk also violated safety rules. Therefor she will get suspension  start 05/13for 1 week  , next time for any Violation will result to a termination.

\*\*Employee signature below does not constitute agreement of above stated violation or disciplinary action; it is simply to acknowledge that the violation was discussed in person.

_Saman Mansoor_

Employee/Witness Signature

_5/13/2022_

Date

_[signature]_

Supervisor Signature

_5/13/22_

Date

# Exhibit 2

Created 5/13/22, 9:43 PM

**7 / 10**   **Waleed Saffar**
Property: Hampton Inn and Suites by Hilton Bloomfield Hits Detroit - DTWBF

December 22, 2021, 1:28 PM PST
3 views   0 subscribers

**Resolved**   Add Note   Subscribe

## SALT - Response Form Personal section

| | | | |
|---|---|---|---|
| Hilton Stay ID | 2442143878 | Property | Hampton Inn and Suites by Hilton Bloomfield Hills Detroit - DTWBF |
| Confirmation Number | 96501789 | Inn Code | DTWBF |
| Hilton Honors Number | 577823254 | Check-In Date | 12/19/2021 |
| Hilton Honors Tier | Gold | Check-Out Date | 12/21/2021 |
| Phone | 3124063693 | Feedback Date | 12/22/2021 |
| Email | wsaffar2002@gmail.com | Check-In Type | Front Desk |
| Address | 1019 6TH AVE, LA GRANGE, IL, 60525 | Room Number | 307 |
| Survey Language | English | SRP Code | EXP |

### Activity

No activities yet

### Comments

Overall Experience Comment
» Everything was nice, clean and new... ⌐ my only complain was the night shift lady keisha.... ⊠ I'm not even sure how she landed in hospitality business... ⊠⊠ disrespectful, unprofessional... ⊠ and un-accommodative..

### Survey Scores

#### KEY METRICS

| | | |
|---|---|---|
| Overall Experience | | 7 |
| Overall Service | | 5 |
| Overall Accommodations | | 7 |

#### ARRIVAL

| | | |
|---|---|---|
| Feel Welcomed | Yes | |

#### GUEST ROOM/SUITE

| | | |
|---|---|---|
| Cleanliness of Room | | 10 |

#### BREAKFAST

| | | |
|---|---|---|
| Complimentary Breakfast: Satisfaction | | 7 |

#### PANDEMIC RESPONSE

| | | |
|---|---|---|
| Safe, Clean and Disinfected Environment | | 10 |
| Communication of Room Cleaning Expectations | | 10 |
| Availability and Accessibility of Food and Amenities | | 10 |

### Problems

#### INCIDENCE

| | | |
|---|---|---|
| Problem Incidence | Yes | |

Created 5/13/22, 9:45 PM

 9/10

**Alan Cohen**
Property: Hampton Inn and Suites by Hilton Bloomfield Hills Detroit - DTWBF

April 21, 2022, 8:45 PM PST ☆
2 viewers   1 subscriber

Add Note    Unsubscribe    Acknowledge Customer Response

## SALT - Response Form Personal section

| | | | |
|---|---|---|---|
| Hilton Stay ID | 2494679037 | Property | Hampton Inn and Suites by Hilton Bloomfield Hills Detroit - DTWBF |
| Confirmation Number | 85244603 | Inn Code | DTWBF |
| Hilton Honors Number | 1437582917 | Check-In Date | 04/18/2022 |
| Hilton Honors Tier | Diamond | Check-Out Date | 04/20/2022 |
| Phone | 6148327371 | Feedback Date | 04/21/2022 |
| Email | alancohentv@gmail.com | Check-In Type | Front Desk |
| Address | 5603 PLEASANT HILL, DR, Hilliard, OH, 43026 | Room Number | 428 |
| Survey Language | English | SRP Code | HIP |

## Activity

 Email received from: alan cohen <alancohentv@gmail.com>
04/25/2022, 8:40:27 AM PST - System Generated

Yes thanks. The woman at night.
I miss Joey during the day. Very nice (and efficient) employee.
Alan Cohen
614-832-7371

> On Apr 25, 2022, at 10:21 AM, Saman Mansoor <noreply@app.medallia.com> wrote:
>
> Dear Alan Cohen:
>
> I wanted to personally thank you for taking the time out of your busy schedule to fill out our online survey for your recent stay. Your satisfaction is always the key to accomplishing our goals. Your response gives us the proper amount of feedback we need to ensure all of our guests have a similar experience. I apologize about front desk not being as friendly as they should be. I assure you that I will pass this feedback on to the Front Desk staff to ensure that they are all committing to being friendly with all of our guests. If there is anything else I can do for you, please contact me at the email below. We hope we will see you again in the future. At the Hampton Inn & Suites, making you happy makes us happy! It's our Hamptonality.
>
> Sincerely,
>
> Saman Mansoor
> Front Office Manager
> Hampton Inn & Suites by Hilton Bloomfield Hills/ Detroit
> Saman.Mansoor@Hilton.com
> (248) 454-5150

 Reply Sent: Custom Response
04/25/2022, 7:21:14 AM PST - Saman Mansoor SALT - Property

Dear Alan Cohen:

I wanted to personally thank you for taking the time out of your busy schedule to fill out our online survey for your recent stay. Your satisfaction is always the key to accomplishing our goals. Your response gives us the proper amount of feedback we need to ensure all of our guests have a similar experience. I apologize about front desk not being as friendly as they should be. I assure you that I will pass this feedback on to the Front Desk staff to ensure that they are all committing to being friendly with all of our guests. If there is anything else I can do for you, please contact me at the email below. We hope we will see you again in the future. At the Hampton Inn & Suites, making you happy makes us happy! It's our Hamptonality.

Sincerely,

Saman Mansoor
Front Office Manager
Hampton Inn & Suites by Hilton Bloomfield Hills/ Detroit
Saman.Mansoor@Hilton.com
(248) 454-5150

## Comments

Overall Experience Comment
  ▸ Clean, nice staff

Team Member Recognition
  ▸ Breakfast lady very nice.
  ▸ Checked in at midnight;  ▸ female desk clerk not as friendly as I'd expect.

Pandemic Response Comment
  ▸ Breakfast bar had only corn flakes;  ▸ more variety needed.  ▸ Sesame or poppy bagels would be nice.  ▸ Thank you.

## Survey Scores

### KEY METRICS

| | | |
|---|---|---|
| Overall Experience | | 9 |
| Overall Service | | 9 |
| Overall Accommodations | | 9 |

### HONORS

| | | |
|---|---|---|
| Hilton Honors Appreciation | | 7 |

### ARRIVAL

| | | |
|---|---|---|
| Feel Welcomed | Yes | |

### GUEST ROOM/SUITE

| | | |
|---|---|---|
| Cleanliness of Room | | 9 |

### BREAKFAST

| | | |
|---|---|---|
| Complimentary Breakfast Satisfaction | | 7 |

### PANDEMIC RESPONSE

| | | |
|---|---|---|
| Safe, Clean and Disinfected Environment | | 9 |
| Communication of Room Cleaning Expectations | | 8 |
| Availability and Accessibility of Food and Amenities | | 7 |

## Problems

### INCIDENCE

| | | |
|---|---|---|
| Problem Incidence | Yes | |

## Segments

### STAY DETAILS

| | |
|---|---|
| Purpose of Stay | ✓ Business: Individual   Business: Group   Leisure: Individual   Leisure: Couple   Leisure: Family |
| | Leisure: Friends |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Detroit Field Office**
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 774-0020
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/19/2024

**To:** Latashia L. Bing
12828 Wormer
REDFORD TWP, MI 48239
Charge No: 471-2022-04242

EEOC Representative and email:     TINA GRIFFIN
Investigator
tina.griffin@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 471-2022-04242.

On behalf of the Commission,

Digitally Signed By:Ramiro Gutierrez
07/19/2024
Ramiro Gutierrez
Director

Cc:
Savio Kaliana
1951 S TELEGRAPH RD
BLOOMFLD TWP, MI 48302

Courtney L Nichols
Plunkett Cooney
38505 WOODWARD AVE STE 100
Bloomfield Hills, MI 48304

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 471-2022-04242 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Michelle Eisele, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 471-2022-04242 to the District Director at Michelle Eisele, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.