UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHIA BING,

Plaintiff,

v.

HAMPTON INN & SUITES
BLOOMFIELD HILLS DETROIT,

Defendants.
_____________________________/

Case No. 4:24-cv-12764

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S AUGUST 27, 2026 REPORT AND RECOMMENDATION (ECF No. 37)**

Currently before the Court is Magistrate Judge David Grand's August 27, 2026 Report and Recommendation. (ECF No. 37). Magistrate Judge Grand recommends that Defendant's motion for summary judgment (ECF No. 26) be granted and the case dismissed. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections.[1] "[T]he failure to object to the magistrate judge's report[] releases

[1] The Court notes that on September 16, 2026, six days after the objections period had run, the Report and Recommendation sent to Plaintiff was returned as undeliverable. (ECF No. 38). Plaintiff has been instructed multiple times that she must update her address with the Court, including once at the start of the case (ECF No. 4) and again in an order to show

the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 37), **GRANTS** Defendant's motion for summary judgment (ECF No. 26) and **DISMISSES** the case with prejudice.

**SO ORDERED.**

Date: September 17, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

---

cause entered on December 20, 2024, after multiple other documents were returned as undeliverable (ECF No. 11). Plaintiff is well aware of her responsibility to update her address but has continually failed to do so, and as a result, she has missed her opportunity to timely object to the Magistrate Judge's Report and Recommendation. *See* E.D. Mich. LR 11.2 ("The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.").