UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHIA BING,

Plaintiff,

v.

HAMPTON INN & SUITES
BLOOMFIELD HILLS DETROIT,

Defendants.
______________________________/

Case No. 4:24-cv-12764

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**JUDGMENT**

In accordance with the Opinion and Order issued on September 17, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED.**

Date: September 17, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge